# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ANTHONY COLLINS,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　**4:06-CV-397-SPM/AK**

**FLORIDA DEPARTMENT OF CORRECTIONS,** *et al.*,

    **Defendants.**

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 9) dated September 19, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  Plaintiff filed his objections (doc. 10) on September 28, 2006.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made.  Plaintiff is still required to exhaust all available administrative remedies, even if he believes pursuing those remedies would be futile.  Higginbottom v. Carter, 223 F. 3d 1259, 1261 (11th Cir. 2000).  Plaintiff's claims are further barred by Heck v. Humphrey, 512 U.S. 477 (1994).  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 9) is

adopted and incorporated by reference in this order.

2. The complaint (doc. 6) is hereby *denied* for failure to exhaust administrative remedies and for failure to state a claim upon which relief may be granted.

3. This case is ***dismissed.***

4. The clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this <u>third</u> day of October, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge